AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jones, Edith H | 2. Court or Organization<br><br>5th Circuit Court of Appeals | 3. Date of Report<br><br>06/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Circuit Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b.  ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>515 Rusk Avenue, Room 12505<br>Houston, TX 77002-2600 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Sam Houston Area Council, Boy Scouts of America |
| 2. Advisory Board Member | Masters in Bankruptcy Program, St. John's Law School, New York |
| 3. Member | Judicial Advisory Board, George Mason University Law & Economics Center |
| 4. President | Garland Walker Inn of Court |
| 5. Member | White House Fellows Commission |
| 6. Member | President's Council of Cornell Women |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUN 18 P 12: 09 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H | 06/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Andrews & Kurth, LLP - salary |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federalist Society | Speech at Texas Tech Univ., Lubbock, TX, 2/16/06 - travel |
| 2. | St. John's University School of Law | Judging Duberstein Moot Court Competition, New York, NY, 3/19-20/06 - travel, lodging, meals |
| 3. | Harvard Law Forum | Speech at Harvard University, Cambridge, MA, 3/21-22/06 - travel, lodging, meals |
| 4. | Beaumont Bar Ass'n | Law Day speech, Beaumont, TX, 5/5/06 - auto travel reimbursed |
| 5. | George Mason Univ. Law & Economics Center | Speech to 1st Southern Region High Court Conference, Austin, TX, 5/11-12/06 - travel, |

| | | |
|---|---|---|
| Name of Person Reporting | | Date of Report |
| Jones, Edith H | | 06/15/2007 |

| | | |
|---|---|---|
| | | lodging, meals |
| 6. | Foundation for Research on Economics and the Environment | "Strategic Thinking with Tom Schelling" seminar, Bozeman, MT, 8/13-18/06 - travel, lodging, meals |
| 7. | George Mason Univ. Law & Economics Center | Advisory Board Meeting, Alexandria, VA, 10/13-15/06 - travel, lodging, meals |
| 8. | Federalist Society | National Lawyers Convention, Washington, DC, 11/16-18/06 - travel, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H | 06/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Reduced price dues | The Houston Club | $ 1000.00 |
| 2. | Andrew S. Wisch, former law clerk | Lodging at The Breakers, Palm Beach, FL, when I officiated at his wedding, 2/24-25 | $ 1000.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H | 06/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS | | | | | | | | | |
| 2. Bank One - Accounts | B | Interest | K | T | | | | | |
| 3. Bank of America - Accounts | B | Interest | K | T | | | | | |
| 4. J.P. Morgan Chase Bank - Accounts | A | Interest | K | T | | | | | |
| 5. STOCKS, BONDS & NOTES | | | | | | | | | |
| 6. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 7. Xcel Energy - cominon | B | Dividend | K | T | | | | | |
| 8. McDonald's Corp. - common | A | Dividend | J | T | | | | | |
| 9. Investment Co. of America | A | Dividend | K | T | | | | | |
| 10. Aim Constellation Fund | A | Dividend | J | T | | | | | |
| 11. Dow Chemical-common | A | Dividend | J | T | | | | | |
| 12. Exxon Mobil Corp. - common | B | Dividend | L | T | | | | | |
| 13. Nestle - common | A | Dividend | K | T | | | | | |
| 14. Newmont Gold - common | A | Dividend | J | T | | | | | |
| 15. Aim Constellation Fund | A | Dividend | K | T | | | | | |
| 16. Putnam New Opportunity Fund | A | Dividend | J | T | | | | | |
| 17. BP Amoco - common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H | 06/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Exxon Mobil Corporation - common | A | Dividend | K | T | | | | | |
| 19. Investment Co. of America | A | Dividend | J | T | | | | | |
| 20. Intel Corporation | A | Dividend | J | T | | | | | |
| 21. Procter & Gamble | A | Dividend | L | T | | | | | |
| 22. Newmont Gold - common | A | Dividend | J | T | Sold | 6/26 | J | D | |
| 23. Newmont Gold - common | A | Dividend | J | T | | | | | |
| 24. Morgan Stanley Assets Acct | A | Interest | J | T | | | | | |
| 25. Morgan Stanley Assets Acct | A | Interest | J | T | | | | | |
| 26. Pepsico | A | Dividend | K | T | | | | | |
| 27. Lucent Technology | | None | J | T | | | | | |
| 28. Avaya, Inc. | | None | J | T | | | | | |
| 29. NCR | | None | J | T | | | | | |
| 30. Morgan Stanley Utl. Fd. B,Q | A | Interest | K | T | | | | | |
| 31. Van Kampen Comstock B | A | Dividend | K | T | | | | | |
| 32. Franklin Insd. Tax Free Fund | B | Interest | K | T | | | | | |
| 33. Mut. Series Shares Fund | B | Dividend | K | T | | | | | |
| 34. GPR Energy, LLC | E | Dividend | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H | 06/15/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. General Growth Properties | B | Dividend | K | T | "Received" | 2/15 | J | | See note, Part VIII |
| 36. " | A | Dividend | J | T | "Received" | 8/26 | J | | " |
| 37. U.S. Treasury Bills | B | Interest | M | T | Bought | 10/18 | M | | |
| 38. GE Capital Corp. Bonds | B | Interest | L | T | Bought | 4/26 | L | | |
| 39. Seaspan | B | Dividend | J | T | Bought | 8/28 | J | | |
| 40. Syngenta | A | Dividend | J | T | Bought | 6/27 | J | | |
| 41. Toyota | A | Dividend | J | T | Bought | 6/27 | J | | |
| 42. Magellan Mainstream Partners | B | Dividend | J | T | Bought | 6/28 | J | | |
| 43. Archer Daniels Midland | A | Dividend | J | T | Bought | 6/27 | J | | |
| 44. Imperial Sugar | | None | | T | Bought | 6/28 | J | | |
| 45. Imperial Sugar | | None | | T | Sold | 8/28 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H | 06/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Items 35 & 36. Following the dissolution of THC Partners in 2000, which I reported on the Financial Disclosure Report for that year, I continued to receive shares of stock in Rouse Co. semiannually through 2004 pursuant to a Contingent Stock Agreement that had earlier been executed by Rouse with the former members of THC Partners. The value of the stock received, and dividends on all my Rouse investments, were duly reported in each year's financial reports. Rouse Co. was acquired by General Growth Properties (GGP) in late 2004-early 2005, and GGP succeeded as obligor to the Contingent Stock Agreement. Consequently, the GGP stock reported herein was received pursuant to that Agreement, which is ongoing.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____    Date___ 6/15/07 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544